IN RE APPLICATIONS 15974, 15975, 15976, 15977, 15978, 15979, 15980, 15981, 15982, 15983, 15984, AND 15985 OF THE TWIN VALLEY CONSERVATION ASSOCIATION, INC.
BASIN ELECTRIC POWER COOPERATIVE, APPELLANT, V. TWIN VALLEY CONSERVATION ASSOCIATION, INC., ET AL., APPELLEES.

363 N.W.2d 506

Filed March 1, 1985.   No. 84-499.

Lyman L. Larsen and Thomas R. Litjen of Kennedy, Holland, DeLacy & Svoboda, and Claire M. Olson, for appellant.

Richard G. Kopf of Cook & Kopf, P.C., for appellee Twin Valley Conservation Association.

George E. Svoboda of Sidner, Svoboda, Schilke, Wiseman, Thomsen & Holtorf, and Lyle B. Gill, Fremont City Attorney, for appellees Lower Platte North Natural Resources District et al. and city of Fremont.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

The facts and law in this appeal are essentially identical with those in *Basin Elec. Power Co-op v. Little Blue N.R.D., ante* p. 372, 363 N.W.2d 500 (1985), decided by this court this day. In view of our decision in that case, the decision of the director of the Department of Water Resources of the State of Nebraska

denying appellant's motion to intervene in the instant case is affirmed.

AFFIRMED.